```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                              COUNSEL/PARTIES OF RECORD

                           OCT 17 2016

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
              BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>                                 )<br>vs.                             )<br>                                 )<br>LAMON DUSHOWNE WELCH, )<br>           Defendant. )  | 2:06-CR-334-RLH-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#37) on November 2, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: CITIGROUP Investigative Services
Amount of Restitution: $21,730.52

Name of Payee: HSBC
Amount of Restitution: $16,353.90

**Total Amount of Restitution Ordered: $38,084.42**

Dated this ___17___ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE